B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Eastern District of California

In re  Robert Anthony                              ,        Case No.  2:14-bk-26024

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Veripro Solutions, Inc. | Real Time Resolutions |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Veripro Solutions, Inc.
  PO Box 3572 Coppell, TX 75019

Court Claim # (if known):       6
Amount of Claim:    $59,479.31
Date Claim Filed:    07/18/2014

Phone:  469-426-3081
Last Four Digits of Acct #:     2320

Phone:  888-361-7152
Last Four Digits of Acct. #:    1660

Name and Address where transferee payments should be sent (if different from above):
  Veripro Solutions, Inc.
  PO Box 3244 Coppell, TX 75019

Phone:  469-426-3081
Last Four Digits of Acct #:  2320

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Shauntel Walton                    Date: 12/02/2014
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.